*Golding* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 848. BROTHERHOOD OF RAILROAD TRAINMEN ET AL. *v.* TOLEDO, PEORIA & WESTERN RAILROAD. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. John E. Cassidy* for petitioners. *Messrs. John M. Elliott* and *Clarence W. Heyl* for respondent.

No. 815. SECURITIES & EXCHANGE COMMISSION *v.* C. M. JOINER LEASING CORP. ET AL. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. John F. Davis* for petitioner. *Mr. David A. Frank* for respondents.

No. 749. BELL *v.* PREFERRED LIFE ASSURANCE SOCIETY ET AL. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Mr. Warren E. Miller* for petitioner. *Mr. Richard T. Rives* for respondents.

No. 577. THOMSON, TRUSTEE, *v.* INDUSTRIAL COMMISSION OF ILLINOIS (HERMAN E. STOLL). February 1, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. William T. Faricy* and *Weldon A. Dayton* for petitioner. *Messrs. Marshall Solberg*